IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY E. HOWARD,[1] a/k/a Gregory E. Williams,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OFFICIALS, et al.,<br><br>　　　　　Defendants._____/ | Case No. 06-cv-1834 OWW TAG<br><br>ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE<br>(Doc. 8) |

On December 18, 2007, Plaintiff Gregory E. Howard, also known as Gregory E. Williams ("Plaintiff"), a state prisoner proceeding pro se, filed a civil rights complaint, 42 U.S.C. § 1983. (Doc. 1). On May 7, 2007, the Magistrate Judge screened Plaintiff's complaint, pursuant to 28 U.S.C. § 1915A, and issued an order dismissing the complaint, without prejudice, for failure to state a claim upon which relief could be granted and to comply with Federal Rule of Civil Procedure 8(a). (Doc. 6). The Magistrate Judge granted Plaintiff thirty (30) days to file an amended complaint. (Doc. 6). The order initially was served on Gregory E. Williams, but was re-served on Gregory E. Howard when this Court was apprised that Plaintiff's true surname was Howard, not Williams. (Docs. 6, 7; Docket Entries dated June 6, 2007 and June 8, 2007).

On August 14, 2007, after more than the allotted time had passed without Plaintiff having filed his amended complaint, the Magistrate Judge issued Findings and Recommendations, in which she recommended that Plaintiff's action be dismissed without prejudice for failure to comply with

---

[1] The plaintiff's actual name is Gregory E. Howard. He filed this action using his alias – Gregory E. Williams. (Docket Entry dated June 6, 2007). The caption of this order has been changed to reflect his actual and alias names.

1

1  the May 7, 2007, Court order, pursuant to Local Rule 11-110.  (Doc. 8).  The Findings and
2  Recommendations were served on Plaintiff and contained notice that any objections were to be filed
3  within fifteen (15) days of the date of service.  To date, no objections have been filed.
4      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil
5  Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.
6  Having carefully reviewed the entire file, the Court concludes that the Findings and
7  Recommendations filed on August 14, 2007, are supported by the record and by the Magistrate
8  Judge's analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.  The Findings and Recommendations (Doc. 8), filed August 14, 2007, are ADOPTED IN
11         FULL;
12     2.  This action is DISMISSED WITHOUT PREJUDICE; and
13     3.  The Clerk of the Court is DIRECTED to close this case.\
14  IT IS SO ORDERED.
15  **Dated:   November 19, 2007**            **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

2